UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DELTA GAMMA FRATERNITY doing business as DELTA GAMMA SORORITY
  PLAINTIFF

vs.  CIVIL NO. 2:14-CV-00143-ALM-EPD

GRASSROOTGIVE LLC doing business as GREEKS FOR GOOD

– and –

STEVEN GOOD, an individual
  DEFENDANTS

## CONSENT DECREE

The parties having entered into an agreement as settlement in full of this of this matter, which agreement authorizes entry of this Decree, and the Court otherwise being sufficiently advised, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1.  The registration of the mark DO GOOD issued by the United States Patent & Trademark Office in the name of Plaintiff, Delta Gamma Fraternity, namely registration number 4,290,547 is valid and enforceable.

2.  Defendants, Grassrootgive LLC doing business as Greeks For Good and Steven Good, along with any of their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and any persons or entities acting in concert or participation with them are PERMANENTLY ENJOINED from any uses of the word combination, DO GOOD alone as well as in that word order combination as a component part of

1

any slogans and designs, or any name, mark, or insignia confusingly similar therewith, in association with any services or commercial endeavors, and FURTHER ENJOINED from any production, marketing, and distribution of merchandise utilizing the word combination, DO GOOD alone or as a component part of slogans and designs, or any name, mark, or insignia confusingly similar therewith, reproduced on, or utilized in association with the marketing, sale, or distribution of any merchandise.

3. The Defendants are FURTHER ORDERED to proceed forthwith at their expense to ship to Delta Gamma, care of Lani Biafore at 3250 Riverside Drive, Columbus, Ohio in good condition free and clear of any encumbrances and liens any and all merchandise within the possession or control of the Defendants bearing the word combination, DO GOOD alone or as a component part of slogans and design marks reproduced on merchandise, specifically including all the merchandise listed in the attachments hereto which refer to the inventory as "Do Good design" and "Greeks for Good logo," including the merchandise provided by the Defendants to an organization referred to as "AFLV."

4. Defendants shall reimburse to Plaintiff its cost incurred in association with this litigation.

5. Each of the parties to this Consent Decree shall be responsible for their respective attorneys' fees incurred prior to the entry of this Consent Decree.

6. Other than to the extent the Court retains continuing jurisdiction to enforce this Decree, this action is otherwise dismissed from the Court's active docket.

SO ORDERED this _10_ day of _June_, 2014.

_____
UNITED STATES DISTRICT JUDGE

DE146:00DE6:972018:1:LOUISVILLE

2

Remaining inventory from the Greeks for Good store



Do Good Brown Hoodie (32 S-XL; 4 2XL) $29 each S-XL, $31 each 2XL; Total $1,052
Do Good Orange Hoodie (31 S-XL; 4 2XL) $29 each S-XL, $31 each 2XL; Total $1,023
Do Good Grey Hoodie (32 S-XL; 4 2XL) $29 each S-XL, $31 each 2XL; Total $1,052
Do Good Brown Cinch Bag (35 One Size) $10 each; Total $350
Do Good Grey Long Sleeve (29 S-XL; 4 2XL) $17 each S-XL, $19 each 2XL; Total $569
Do Good Brown Long Sleeve (32 S-XL; 4 2XL) $17 each S-XL, $19 each 2XL; Total $620
Do Good White Long Sleeve (31 S-XL; 4 2XL) $17 each S-XL, $19 each 2XL; Total $603
Do Good White T-Shirt (31 S-XL; 4 2XL) $12 each S-XL, $14 each 2XL; Total $440
Do Good Brown T-Shirt (27 S-XL; 4 2XL) $12 each S-XL, $14 each 2XL; Total $392
Do Good Orange URL Shirt (40 S-XL; 4 2XL) $17 each S-XL, $19 each 2XL; Total $756
Do Good Brown URL Shirt (40 S-XL; 4 2XL) $17 each S-XL, $19 each 2XL; Total $756

Greeks for Good logo –



Greeks for Good Brown T-Shirt (31 S-XL; 4 2XL) $12 each S-XL, $14 each 2XL; Total $440
Greeks for Good Tech Tee - Brown (31 S-XL; 4 2XL) $20 each S-XL, $22 each 2XL; Total $708
Greeks for Good Brown Hoodie (32 S-XL; 4 2XL) $37 each S-XL, $39 each 2XL; Total $1,340
Greeks for Good Brown Long Sleeve (31 S-XL; 4 2XL) $17 each S-XL, $19 each 2XL; Total $603
Greeks for Good White T-Shirt (32 S-XL; 4 2XL) $12 each S-XL, $14 each 2XL; Total $452
Greeks for Good Tech Tee White (32 S-XL; 4 2XL) $20 each S-XL, $22 each 2XL; Total $728
Greeks for Good Grey Hoodie (31 S-XL; 4 2XL) $37 each S-XL, $39 each 2XL; Total $1,303
Greeks for Good White Long Sleeve (31 S-XL; 4 2XL) $17 each S-XL, $19 each 2XL; Total $603
Greeks for Good Grey T-Shirt (31 S-XL; 4 2XL) $12 each S-XL, $14 each 2XL; Total $440
Greeks for Good Tech Tee Sliver (32 S-XL; 4 2XL) $20 each S-XL, $22 each 2XL; Total $728
Greeks for Good Grey Long Sleeve (31 S-XL; 4 2XL) $17 each S-XL, $19 each 2XL; Total $603
Greeks for Good Water Bottle (51 One Size) $7 each; Total $357